| | | |
|---|---|---|
| | AUSA: Barbara Lanning | Telephone: (313) 226-9103 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Brady Rees (ATF) | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
  v.
ADAM ALMALIKI

Case No.

Case: 2:23−mj−30268
Assigned To : Unassigned
Assign. Date : 6/28/2023
Description: COMP USA V.
ALMALIKI (KB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 27, 2023 _____ in the county of _____ Wayne _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(o) | Illegal Possession of a Machinegun |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Brady Rees, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ June 28, 2023 _____

_____
*Judge's signature*

City and state: _____

Hon. R. Steven Whalen, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Brady W. Rees, being first duly sworn, hereby state:

1.      I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"). I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under federal law.

2.      I have been an ATF Special Agent since January 2016, and I have had extensive law enforcement training, including at the Federal Law Enforcement Training Center in the Criminal Investigator Training Program and ATF Special Agent Basic Training. Prior to becoming an ATF Special Agent, I was a police officer with the City of Novi, in Michigan, for approximately three years. I also have a bachelor's degree in Criminal Justice.

3.      As an ATF Special Agent, I have participated in numerous criminal investigations, including investigations involving firearms, armed drug tracking, and criminal street gangs. I am familiar with, and have experience using, a variety of investigative techniques and resources, including physical and electronic surveillance, undercover and various types of informants, and cooperating sources.

4.      I make this affidavit from personal knowledge based on my participation in this investigation, including interviews conducted by myself and/or

1

other law enforcement agents, communications with others who have personal

knowledge of the events and circumstances described herein, and information

gained through my training and experience.

    5.    ATF is currently conducting a criminal investigation concerning

Adam ALMALIKI (DOB: XX/XX/2004) for violations of 18 U.S.C. § 922(o)

(Illegal Possession of a Machinegun), among other state and federal criminal

violations.

## I.    PROBABLE CAUSE

### Background on Glock Switch Conversion Devices

    6.    A Glock switch is a conversion device designed to convert a Glock

firearm from a semi-automatic weapon to a fully automatic weapon.

    a.  Conversion devices have been designed and created for the sole

purpose of converting semi-automatic Glock pistols into fully

automatic machineguns.  These devices vary by design and

appearance but all, when properly installed on a semi-automatic

Glock pistol, will allow the firearm to expel more than one

projectile by a single pull of the trigger at approximately 1,200

rounds per minute.

    b.  Installation of these conversion devices is fast and simple,

requires no technical expertise, and is completed by removing

the polymer slide cover plate on a Glock semi-automatic pistol and replacing it with a conversion device.

c.  These devices are referred to by different names, including but not limited to: "switches," "auto sears," "convertors," "conversion switches," "selector switches," "conversion devices," and "Fire Selector Systems for Glock" (FSSGs).

d.  Since May of 1986, the ATF considers Glock conversion devices as machineguns.   The National Firearms Act (NFA), 26 U.S.C. Chapter 53, defines the term "firearm" to include a machinegun. Section 5845(b) of the NFA defines "machinegun" as "any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. The term shall also include the frame or receiver of any such weapon, any part designed and intended solely and exclusively, or combination of parts designed and intended, for use in converting a weapon into a machinegun, and any combination of parts from which a machinegun can be assembled if such parts are in the possession or under the control of a person." Apart from official military and law

3

enforcement use, Glock conversion devices may only be lawfully possessed by properly licensed Federal Firearms Licensees (FFLs) who have paid the appropriate Special Occupational Tax (SOT) required of those manufacturing, importing, or dealing in National Firearms Act (NFA) weapons.

7.     For reference, Image 7a depicts a Glock Conversion Device.



**Image 7a**

8.     The ATF has examined an auto sear known by various trade names including "AR15 Auto Sear," "Drop In Auto Sear," and "Auto Sear II," which consists of a sear mounting body, sear, returning spring, and pivot pin. The ATF finds that the single addition of this auto sear to certain AR15-type semiautomatic rifles, manufactured with M16 internal components already installed, will convert such rifles into machineguns. Consequently, the auto sear is a machinegun as

defined by 26 U.S.C. 5845(b). For reference, Image 8a depicts a Drop In Auto Sear.



**Image 8a**

ALMALIKI Instagram Posts

9.      In June 2022, ATF and the Detroit Police Department (DPD) began monitoring the Instagram Profile associated with Instagram User ID "_313_ace." The user of the "_313_ace" account changed the User ID to "fatboyace," and then later changed it back to "_313_ace". Through training and experience, Affiant knows that Instagram account users can change their User ID without changing or modifying the ownership or content of their account.

10.      Between June 2022 and June 2023, Affiant and other agents and officers reviewed "stories" (short videos or images that can be posted to an Instagram user's account and displayed publicly or to the user's followers in a

private account), and other images and videos posted by Instagram User ID "_313_ace."

11.     In August 2022, Affiant compared the individual depicted and held out as Instagram user "_313_ace" in the account's profile picture to a Michigan Secretary of State image of ALMALIKI.

12.     The user of the "_313_ace" Instagram account removed its profile picture in or about September 2022.  Incidentally, this was shortly after the Redford Police Department arrested ALMALIKI on August 14, 2022 for possessing a Glock conversion device and carrying a concealed weapon. Since September 2022, stories posted by the "_313_ace" account have not featured the user's face. But there are visible physical features in the account's stories (including hands and physique) that are consistent with those of ALMALIKI.

13.     In total, between June 2022 and June 2023, ALMALIKI, utilizing the Instagram account "_313_ace", posted at least 17 stories depicting Glock conversion devices, drop in auto sear conversion devices, and firearms equipped with conversion devices. Often, ALMALIKI advertised the sale of those devices.

Execution of a Federal Search Warrant at ALMALIKI's Residence

14.     On June 21, 2023 U.S. Magistrate Judge Kimberly G. Altman authorized a federal search warrant for ALMALIKI's residence on Whitlock Drive, in Dearborn Heights, Michigan.

15.     On June 26, 2023, at approximately 4:36 p.m., Instagram account "_313_ace", posted two Instagram stories. The first story was a video depicting the three component parts for ten Glock conversion devices, lined up and ready to be assembled. The video was captioned, "30 more in this week 10 more now." Image 15a is a snapshot captured from the first post. The second story was a video depicting several Glock conversion devices in plastic bags, and a Glock pistol equipped with a Glock conversion device attached to the rear. Images 15b and 15c are snapshots captured from the second post.



**Image 15a**          **Image 15b**          **Image 15c**

16.     On June 27, 2023, ATF Special Agents and Detroit Police executed the search warrant at the Whitlock residence. Adam ALMALIKI was present at the

residence, along with his mother and sister. Following a search of the residence,

law enforcement seized the following items:

    a.  One Glock, 19, 9mm caliber, pistol, bearing serial number BNZH440, equipped with a Glock conversion device attached and loaded with one live round in the chamber and 32 live rounds in an extended magazine. This firearm was located under the bed in the northeast bedroom of the residence.

    b.  Six Glock conversion devices in small plastic bags, located under the bed in the northeast bedroom of the residence.

    c.  One AR-Aeroprecision, X-15, multi-caliber machinegun, bearing serial number X379095, loaded with a magazine containing 30 rounds of .223 caliber ammunition. This firearm was located under the bed in the northeast corner of the residence. This firearm appeared to be equipped with a machine gun conversion device, known as a drop in auto sear, inside the firearm. (Agents later field tested this weapon, which tested positively as a fully automatic weapon.)

    d.  One Springfield Armory, Hellcat, 9mm caliber, semi-automatic pistol, bearing serial number BA286777, loaded with one live round in the chamber and ten live rounds of 9mm ammunition

in the magazine. This firearm was located under the bed in the

northeast corner of the residence.

e. One suspected silencer located in the southwest bedroom, on

the dresser.

f. One Glock conversion device located on the dresser in the

southwest bedroom.

17.     Based on interviews with the occupants in the home, as well as

observations of the rooms, agents established the southwest bedroom belonged to

ALMALIKI and the northeast bedroom belonged to ALMALIKI's sister.

However, ALMALIKI's mother advised S/A Rees that ALMALIKI placed

firearms underneath the bed in the northeast bedroom as agents were making entry

into the residence.

18.     ALMALIKI was detained and interviewed by S/A Rees. After being

advised of his *Miranda* rights, ALMALIKI advised S/A Rees of the following:

a. ALMALIKI admitted the firearms and Glock conversion

devices found belonged to him. ALMALIKI also admitted that

he placed the firearms and Glock conversion devices under the

bed in the northeast bedroom.

b. ALMALIKI advised he had the Glock conversion devices for

approximately one week.

      c.  ALMALIKI stated that he obtains the Glock conversion devices by ordering them from YouTube videos.

19.    S/A Rees contacted Industry Operations Investigator Klockenga, who queried the National Firearms Registration and Transfer Record and confirmed ALMALIKI has no firearms or machine guns registered.

## II.   CONCLUSION

20.    Probable cause exists ALMALIKI possessed illegal conversion devices on June 27, 2023, at his residence located in the Eastern District of Michigan, in violation of 18 U.S.C. § 922(o).

Respectfully submitted,

Brady Rees
ATF Special Agent

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. R. Steven Whalen
United States Magistrate Judge

Dated: June 28, 2023